UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RONALD S. GORDON,                    )
                                     )
        Plaintiff,                   )
                                     )
    vs.                              )      Case No.   4:11CV2237  HEA
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
        Defendant.                   )

**ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis.  Upon

review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing

fee.  *See* 28 U.S.C. § 1915.  Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is

**GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to

issue on the complaint.

Dated this 11th day of January, 2012.

_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE